

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-17-00505-CR & 04-17-00506-CR

Richard Anthony **GALINDO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5792, 5793
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The State's Motion for Extension of time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court